IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND, et al.,<br>　　　Plaintiffs, | )<br>)<br>)<br>) | |
| v. | ) | Civil Action No. 1:07cv1012 |
| JAMES R. CHAPMAN, JR.,<br>　　d/b/a C J's Plumbing,<br>C J'S PLUMBING,<br>JAMES R. CHAPMAN, JR.,<br>　　　Defendants. | )<br>)<br>)<br>)<br>)<br>) | |

FILED MAY - 7 2008 CLERK, U.S. DISTRICT COURT ALEXANDRIA, VA

## JUDGMENT ORDER

Upon consideration of the April 18, 2008 Report and Recommendation of the United States Magistrate Judge designated to conduct a hearing in this matter, no objections having been filed, and upon an independent *de novo* review of the record, it is hereby **ORDERED** that the Court adopts as its own the findings of fact and recommendation of the United States Magistrate Judge, as set forth in the April 18, 2008 Report and Recommendation.

Accordingly, it is hereby **ORDERED** that judgment is **ENTERED** by default in favor of plaintiffs collectively and against defendants jointly and severally in the total amount of $5,816.73.

It is further **ORDERED** that defendants, their officers, agents, servants, employees, attorneys, and all persons acting on defendants' behalf or in conjunction with defendants are **RESTRAINED** and **ENJOINED** from refusing to file complete, proper, and timely remittance reports with accompanying contributions for all periods for which defendants are obligated to do so

under the current and future collective bargaining agreements.

The Clerk is **DIRECTED** to enter judgment pursuant to Rule 58, Fed. R. Civ. P. and to place this matter among the ended causes.

The Clerk is further **DIRECTED** to send a certified copy of this Judgment Order to defendants and to all counsel of record.

Alexandria, VA
May 7, 2008

/s/

T. S. Ellis, III
United States District Judge